

DLA Piper LLP (US)
One Fountain Square
11911 Freedom Drive, Suite 300
Reston, Virginia  20190-5159
www.dlapiper.com

Tara M. Lee
tara.lee@dlapiper.com
T   703.773.4150
F   703.773.5150

May 3, 2013
VIA ELECTRONIC FILING

District Judge Leonie M. Brinkema
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

Re:   Jane Doe, et al. v. Yusuf Abdi Ali, Civ. No. 1:05cv701-LMB-JFA (E.D. Va.)

Dear Judge Brinkema:

DLA Piper LLP (US) represents Plaintiffs Jane Doe and John Doe ("Plaintiffs") in the above referenced action.  Pursuant to the Court's April 19, 2013 order, I write to inform the Court that Plaintiffs intend to pursue all claims included in their original complaint.

Given the lengthy stay in this action, and the appearance of new counsel for Plaintiffs, Plaintiffs respectfully request the Court set a status conference to discuss case scheduling and other matters. Plaintiffs' counsel is available at the Court's convenience.

Very truly yours,

DLA Piper LLP (US)

Tara M. Lee
Partner

CC:   Joseph Peter Drennan (via electronic filing and first class mail)
218 North Lee Street
Alexandria, Virginia 22314-5601
*Counsel for Defendant*