# CIVIL MOTION MINUTES

Date: __5/17/13__                                   Judge: __Brinkema__
                                                    Reporter: __A. Thomson__
Time: __10:11am-10:37am__


Civil Action Number: __1:05cv701__

__Jane Doe et al__   vs.   __Yusuf Abdi Ali__

Appearances of Counsel for        ( X ) Pltf        ( X ) Deft

Motion to/for:
 Status Conference

Argued &
(  ) Granted    (  ) Denied  (  ) Granted in part/Denied in part
(  ) Taken Under Advisement  (  ) Continued to

 Case is stayed for 120 days

 Status conference set for 9/20/13 @ 10:00am


(  ) Memorandum Opinion to Follow

(X)  Order to follow