IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   1:05cv701 (LMB/JFA) |
| | ) |
| YUSUF ABDI ALI, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that this civil action be and is STAYED for one hundred twenty (120) days; and it is further

ORDERED that a status conference be and is set for Friday, January 24, 2014, at 10:00 a.m.; and it is further

ORDERED that plaintiffs' true identities be revealed to defendant and defendant's counsel only, who are not to reveal plaintiffs' true identities to any other individual or entity for any purpose absent further Order of the Court.

The Clerk is directed to remove this civil action from the active docket of the Court and to forward copies of this Order to counsel of record.

Entered this 20 day of September, 2013.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge