IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JANE DOE, et al., )
 )
    Plaintiffs, )
 )
v. ) 1:05cv701 (LMB/JFA)
 )
YUSUF ABDI ALI, )
 )
    Defendant. )

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that this civil action be and is STAYED for one hundred twenty (120) days to allow counsel to seek a response from the United States Department of State regarding the diplomatic letter sent by the Federal Republic of Somalia on November 11, 2013, in which the Prime Minister requests "foreign official" immunity for defendant Yusuf Abdi Ali [Dkt. No. 78-1]; and it is further

ORDERED that a status conference be and is set for 10:00 a.m. on Friday, April 25, 2014.

The Court will not grant any further stays. Accordingly, this Order presents the last opportunity for the Department of State to express its views on defendant's claim of immunity. If the Court receives no response by Friday, April 25, 2014, this action will be returned to the active docket.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 24 day of January, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge