## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| FARHAN MOHAMOUD TANI WARFAA, | : | |
| Plaintiff, | : | |
| versus | : | Civil Action No.: 05-701 (LMB/BRP) |
| YUSUF ABDI ALI, | : | |
| Defendant. | : | |

### *O R D E R*

Upon consideration of *DEFENDANT'S CONSENT MOTION FOR A LIMITED ENLARGEMENT OF THE AMBIT OF TIME WITHIN WHICH TO RESPOND TO DISCOVERY AND TO FACILITATE LIMITED RE-DEPOSITION OF DEFENDANT* [Document 175], and, it appearing to the Court that the motion is for good cause and in the interests of justice, it is, hereby and herewith,

ORDERED that the said motion be, and the same hereby is,

GRANTED.

SO ORDERED.

Entered: January 31, 2019

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge