IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FARHAN MOHAMOUD TANI WARFAA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05-cv-701 (LMB/JFA) |
| ) | |
| YUSUF ABDI ALI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Yusuf Abdi Ali's First Motion for a Limited Enlargement of the Ambit of Time Within Which It May File Objections to Plaintiff's Amended Pre-trial Disclosures, and, Concomitantly, to Make Counter-designations Respecting Certain Deposition Excerpts Listed as Exhibits by Plaintiff [Dkt. No. 182] the ("Motion"). Plaintiff has opposed the Motion on the ground that defendant "fail[ed] to provide objections and counter-designations to deposition transcripts" in a timely fashion "despite Plaintiff's sustained efforts" to work with defendant's counsel and to resolve the matter amicably. The Court has reviewed the parties' written submissions and finds that plaintiff did indeed undertake good-faith efforts to accommodate defendant's counsel and that defendant has not demonstrated that there is good cause to grant the Motion. Accordingly, it is hereby

ORDERED that defendant's Motion [Dkt. No. 182] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 19 day of March, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge