FILED
IN OPEN COURT
MAY 21 2019

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FARHAN MOHAMOUD TANI WARFAA, )
)
Plaintiff, )
)
v. ) 1:05-cv-701 (LMB/JFA)
)
YUSUF ABDI ALI, )
)
Defendant. )

## VERDICT FORM

1. Do you find that defendant Yusuf Abdi Ali is liable for the torture of plaintiff Farhan Mohamoud Tani Warfaa?

   YES ✓              NO _____

2. Do you find that defendant Yusuf Abdi Ali is liable for the attempted extrajudicial killing of plaintiff Farhan Mohamoud Tani Warfaa?

   YES _____              NO ✓

If you answered NO to both Questions 1 and 2, stop here and have the jury foreperson sign and date this Verdict Form.

If you answered YES to one or both of Questions 1 and 2, what is the total amount of damages that you award to compensate plaintiff Farhan Mohamoud Tani Warfaa?

   Compensatory Damages: $400,000.00

If you answered YES to one or both of Questions 1 and 2, what if any punitive damages do you assess against defendant Yusuf Abdi Ali?

   Punitive Damages: $100,000.00

So say we all this 21 day of May, 2019.

_____
Foreperson (signature)

_____
Foreperson (printed)